# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 96CR1685-L |
| ) | |
| Plaintiff, ) | ORDER AND JUDGMENT TO |
| ) | DISMISS THE INDICTMENT |
| v. ) | AND RECALL ARRESTS |
| ) | |
| SALVADOR MURILLO (2) ) | |
| LORETO LOPEZ-CARRIZOZA (5), ) | |
| ) | |
| Defendants. ) | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Indictment in the above-captioned case against SALVADOR MURILLO and LORETO LOPEZ-CARRIZOZA be dismissed without prejudice.

IT IS FURTHER ORDERED that the arrest warrants be recalled in these matters.

Dated: April 18, 2016

_____
Hon. M. James Lorenz
United States District Judge